James CALHOUN–EL, Petitioner–Appellant,

v.

Thomas Randy CORCORAN; Attorney General for the State of Maryland, Respondents–Appellees.

No. 02–6709.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

James Calhoun–El, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Calhoun–El appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible er-ror. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Calhoun–El v. Corcoran*, No. CA–02–1114–L (D. Md. filed Apr. 19, 2002, entered Apr. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*